

Entered on Docket
October 23, 2009

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

---

George Haines, Esq.
Nevada Bar No.: 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Christopher T. Piper and Christi M. Piper

E-FILED: October 5, 2009

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. BKS-09-20158-MKN<br>Chapter 13 |
| Christopher T. Piper and Christi M. Piper,<br><br>Debtor(s). | Hearing Date:  September 24, 2009<br>Hearing Time:  3:30 P.M. |

**ORDER ON MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF CIT GROUP SALES FIN (ACCT ENDING IN 5601) PURSUANT TO 11 U.S.C. §506(a) AND §1322 BY DEBTORS**

THE ABOVE MATTER having been heard at the time and date above the Court Finds as follows:

1. The Debtors' property located at 9464 WAKASHAN AVENUE, LAS VEGAS, NEVADA, 89149 (the "Subject Property") is valued at $320,000.00.

2.  That on the filing date of the instant Chapter 13 petition, CIT GROUP SALES FIN (ACCT ENDING IN 5601)'s claim was wholly unsecured.

**IT IS THEREFORE ORDERED THAT** CIT GROUP SALES FIN (ACCT ENDING IN 5601)'s secured claim is "Stripped off" and shall be avoided pursuant to 11 U.S.C. Section 506(a) upon completion and/or discharge of the Debtors' Chapter 13;

**IT IS FURTHER ORDERED THAT** CIT GROUP SALES FIN (ACCT ENDING IN 5601)'s secured rights and/or lien-holder rights in the Subject Property shall be terminated upon completion of the Debtors' Chapter 13 and CIT GROUP SALES FIN (ACCT ENDING IN 5601)'s claim shall be treated as an "unsecured" claim in the Debtors' Chapter 13;

**IT IS FURTHER ORDERED THAT** in the event the instant Chapter 13 matter is dismissed or converted to a Chapter 7 proceeding the instant Order shall be vacated.

DATED October 5, 2009

HAINES & KRIEGER, L.L.C.

By:   /s/George Haines, Esq.
      George Haines, Esq.
      Attorney for Debtor(s)

Approved by:
      Kathleen Leavitt
      Chapter 13 Trustee

/./.]

- 2 -

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_x__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:  Kathleen Leavitt

DISAPPROVED:

FAILED TO RESPOND:

###