

**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100

RECEIVED & FILED

'10 JAN -6 P1 :42

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

December 31, 2009

U.S. Bankruptcy Court
District of Nevada (Las Vegas)
Foley Federal Building
300 Las Vegas Blvd., South
Las Vegas, Nevada  89101

Re:   John Ellis Ball          P xxx-xx-3154
        Dawn Laraine Starks-Ball   P xxx-xx-6824,
        Docket # 09-22889, Chapter 13

Dear Sir/Madam:

The New York State Department of Taxation and Finance was not included on the original mailing matrix for the above referenced bankruptcy proceeding.

Please add New York State using the following address:

> New York State Department of Taxation and Finance
> Bankruptcy Unit
> P.O. Box 5300
> Albany, NY 12205-5300

If you have any questions, you may contact us at the address listed above or call (518) 457-3160.

Sincerely,

Roger Rue
Tax Compliance Representative 1