

At the hearing the Court will only consider that part of the motion that seeks contempt and, if it finds this Court's order has been violated, will continue to another date a hearing on damages.

Entered on Docket
October 27, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

David Krieger, Esq.
Nevada Bar No.: 9086
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for John Ellis Ball and Dawn Laraine Starks-Ball

E-FILED: October 25, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) Case No. BKS-09-22889-LBR |
| --- | --- |
| | ) Chapter 13 |
| **John Ellis Ball and Dawn Laraine Starks-Ball**, | ) Hearing Date: October 29, 2010 |
| | ) Hearing Time: 11:00 AM |
| Debtor(s). | ) |

### ORDER SHORTENING TIME ON MOTION TO DETERMINE WELLS FARGO BANK, N.A.'S VIOLATIONS FOR CONTEMPT OF COURT PURSUANT TO 11 U.S.C. SECTION 105 AND FRBP 9011 AND REQUEST FOR PUNITVE DAMAGES, ATTORNEY'S FEES AND SANCTIONS

Upon the Debtors' **MOTION TO DETERMINE WELLS FARGO BANK, N.A.'S VIOLATIONS FOR CONTEMPT OF COURT PURSUANT TO 11 U.S.C. SECTION 105 AND FRBP 9011 AND REQUEST FOR PUNITVE DAMAGES, ATTORNEY'S FEES AND SANCTIONS** in the above-entitled action, and good cause appearing therefore,

…

…

…

…

      IT IS HEREBY ORDERED that the time for hearing on the Debtors' **MOTION FOR ORDER SHORTENING TIME ON MOTION TO DETERMINE WELLS FARGO BANK, N.A.'S VIOLATIONS FOR CONTEMPT OF COURT PURSUANT TO 11 U.S.C. SECTION 105 AND FRBP 9011 AND REQUEST FOR PUNITVE DAMAGES, ATTORNEY'S FEES AND SANCTIONS** filed herein by counsel for the Debtor be heard on the __29__ day of __October__, __2010__, at the hour of __11:00__ __a__.m. in Department __1__ of the above-entitled Court.

      DATED this ____ day of _____, 200_.

Submitted by:

HAINES & KRIEGER, L.L.C.

By:   /s/David Krieger, Esq.
       David Krieger, Esq.
       Attorney for Debtor(s)

###