

Entered on Docket
January 03, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

Counsel for Wells Fargo Bank, N.A. and
National Default Servicing Corporation
10-72567

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-22889-LBR |
|---|---|
| John Ellis Ball and Dawn Laraine Starks-Ball | Date: January 5, 2011<br>Time: 9:30 a.m. |
|  | Chapter 13 |
| Debtors |  |

### STIPULATION AND ORDER DISMISSING DEBTORS' JOHN ELLIS BALL AND DAWN LARAINE STARKS-BALL MOTION FOR SANCTIONS

COMES NOW Wells Fargo Bank, N.A. and National Default Servicing Corporation (hereinafter "Secured Creditor" and "NDSC" respectively), and the above mentioned Debtors, by and through their respective counsel, and hereby agree as follows:

1. In exchange for valuable consideration, receipt of which is hereby acknowledged, the Debtors dismiss their Motion to Determine Wells Fargo Bank, N.A.'s Violations For Contempt Of Court with prejudice.

2. The January 5, 2011 hearing before the Court should be vacated.

IT IS SO ORDERED.

**AGREED:**

By: _____ #10235
**Gregory L. Wilde, Esq.**
Wilde & Associates
Attorney for Secured Creditor


**AGREED:**

By: _____
**Michael Brock, Esq.**
Haines & Krieger
Attorney for Debtor(s)

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

__X__ approved the form of this order        \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or        \_\_\_\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order

__X__ waived the right to review the order and/or        \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor